IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: GRAND JURY SUBPOENA dated February 1, 2006<br><br>JOSHUA WOLF,<br><br>    Subpoenaed Party<br>_____/ | No. CR-06-90064 MISC MMC<br><br>**ORDER AFFORDING JOSHUA WOLF LEAVE TO SUPPLEMENT MOTION FOR DE NOVO DETERMINATION OF ORDER DENYING MOTION TO QUASH SUBPOENA** |

    Before the Court is subpoenaed party Joshua Wolf's ("Wolf") motion for de novo determination of Magistrate Judge Maria-Elena James's April 5, 2006 order (hereafter "Order") denying Wolf's motion to quash subpoena. The motion is noticed for hearing May 31, 2006.[1]

    In his motion, Wolf cites to a transcript of a proceeding conducted before Magistrate Judge James on March 30, 2006. Wolf, however, has not attached to his motion a copy of the portions of the transcript on which he relies and, consequently, the Court is unable to consider his motion to the extent his arguments rely on statements assertedly made on the record.

---

[1] In addition to the above-referenced motion for de novo review, Wolf filed an objection to the Order, in the event the Court were to deem the matter appropriate for review under 28 U.S.C. § 636(b)(1)(A). The Court will review the Order de novo under 28 U.S.C. § 636(b)(1)(B), and, accordingly, need not address the objection.

Accordingly, Wolf is hereby afforded the opportunity to supplement his motion for de novo review by filing, no later than April 28, 2006, a declaration, attaching thereto the pages of the transcript cited in his motion.

**IT IS SO ORDERED.**

Dated: April 25, 2006

_____
MAXINE M. CHESNEY
United States District Judge