**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re GRAND JURY SUBPOENA dated February 1, 2006<br><br>JOSHUA WOLF,<br><br>Subpoenaed Party _____/ | No. CR 06-90064 MISC MMC (MEJ)<br><br>**ORDER DENYING SUBPOENAED PARTY'S MOTION FOR DE NOVO DETERMINATION OF APRIL 5, 2006 ORDER; ADOPTING APRIL 5, 2006 ORDER; VACATING HEARING** |

Before the Court is Joshua Wolf's ("Wolf") Motion for De Novo Determination of United States Magistrate Judge Maria-Elena James' April 5, 2006 Order Denying Joshua Wolf's Motion to Quash Subpoena. The United States has filed opposition. No reply has been filed. The Court deems the matter suitable for decision on the papers and hereby VACATES the June 7, 2006 hearing.

Having read and considered the papers filed in support of and in opposition to the motion and reviewed the matter de novo, the Court finds Wolf has failed to show good cause to quash the subject subpoena, ADOPTS the reasoning set forth in the April 5, 2006 order, and hereby DENIES the motion.

**IT IS SO ORDERED.**

Dated: June 5, 2006

_____
MAXINE M. CHESNEY
United States District Judge