1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE GRAND JURY SUBPOENA DATED
FEBRUARY 1, 2006

_____/

No. CR 06-90064 WHA

**ORDER UNSEALING PORTIONS
OF TRANSCRIPT OF JUNE 15,
2006, BEGINNING AT 1:58 P.M.**

     The attached redacted transcript of the proceedings beginning at 1:58 p.m. on June 15,

2006, in the above-captioned matter, is **ORDERED TO BE FILED PUBLICLY.**

     **IT IS SO ORDERED.**

Dated: June 30, 2006

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE