1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   MARK L. KROTOSKI (CSBN 138549)
3  Chief, Criminal Division

4  JEFFREY R. FINIGAN (CSBN 168285)
   Assistant United States Attorney
5
      450 Golden Gate Avenue
6     San Francisco, California 94102
      Telephone: (415) 436-7232
7     Facsimile: (415) 436-7234
      Email: jeffrey.finigan@usdoj.gov
8

9  Attorneys for Plaintiff

10                      UNITED STATES DISTRICT COURT
11
                        NORTHERN DISTRICT OF CALIFORNIA
12
                             SAN FRANCISCO DIVISION
13

14
   In re GRAND JURY SUBPOENA, dated    )   No. CR 06-90064 WHA
15 February 1, 2006,                   )
                                       )   UNITED STATES' MOTION TO
16                                     )   DISCLOSE GRAND JURY MATTER
                                       )   AND [PROPOSED] ORDER
17    JOSHUA WOLF,                     )
                                       )
18       Subpoenaed Party.             )   UNDER SEAL
                                       )
19 _____)

20

21         Pursuant to Federal Rule of Criminal Procedure 6(e)(3)(E)(i), the United States hereby
22 requests this Court to authorize the disclosure of grand jury matter to the law offices of Siegel &
23 Yee, counsel for grand jury witness Joshua Wolf. The United States wishes to produce a copy of
24 the transcript of the grand jury proceedings involving Mr. Wolf on June 15, 2006. The basis for
25 the disclosure is that the material relates to a judicial proceeding, i.e. the Order To Show Cause
26 Why Joshua Wolf Should Not Be Held in Civil Contempt, which will be filed by the
27 government. Rule 6(e)(3)(E)(i) states that the Court may authorize disclosure of grand jury
28 matter: "preliminary to or in connection with a judicial proceeding." Further, since the transcript

MOTION TO DISCLOSE GRAND JURY MATTER
(UNDER SEAL)

1  itself contains matter that occurred before the grand jury, the United States respectfully requests
2  that this Court allow the aforementioned disclosure under the condition that no member and/or
3  employee of Siegel & Yee shall reveal the contents of or disseminate in any manner the
4  transcript to anyone outside of Siegel & Yee with the exception that the transcript may be
5  referred to and/or attached to under seal pleadings related to this matter. The government further
6  requests that Siegel & Yee be permitted to allow their client, Mr. Wolf, to review the transcript
7  in connection with their representation, but that a copy may not be provided to Mr. Wolf.

9  DATED: July 3, 2006                     Respectfully submitted,

10                                          KEVIN V. RYAN
                                            United States Attorney

12                                          _____
13                                          JEFFREY FINIGAN
                                            Assistant United States Attorney

MOTION TO DISCLOSE GRAND JURY MATTER
(UNDER SEAL)

2

**ORDER**

Based upon the motion of the government and for good cause shown, IT IS HEREBY ORDERED that:

1. The United States may provide a copy of the grand jury transcript of the proceedings involving Mr. Wolf on June 15, 2006, to Siegel & Yee ;

2. No member and/or employee of Siegel & Yee shall reveal the contents of or disseminate in any manner the transcript referred to in paragraph 1 to anyone outside of Siegel & Yee with the exception that the transcript may be referred to and/or attached to under seal pleadings related to this matter;

3. Siegel & Yee may allow their client, Mr. Wolf, to review the transcript in connection with their representation, but a copy may not be provided to Mr. Wolf; and

4. Siegel & Yee may object to this order and/or propose modified terms, if such request is filed by Tuesday, July 4, 2006. This order and motion may not be filed under seal.

DATED: 7/5/06

WILLIAM H. ALSUP
United States District Court Judge

MOTION TO DISCLOSE GRAND JURY MATTER
(~~UNDER SEAL~~)

3