**RECEIVED**

JUL - 7 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re GRAND JURY SUBPOENA, dated February 1, 2006, <br><br> JOSHUA WOLF, <br><br> Subpoenaed Party. | No. CR 06-90064 WHA <br><br> [PROPOSED] ORDER DIRECTING WITNESS JOSHUA WOLF TO SHOW CAUSE WHY HE SHOULD NOT BE HELD IN CIVIL CONTEMPT <br><br> ~~UNDER SEAL~~ |

Upon the Motion of the United States, the Court finds that the United States has made a *prima facie* showing of civil contempt under 28 U.S.C. § 1826 by grand jury witness Joshua Wolf. Accordingly, the Court hereby orders the following:

1. Joshua Wolf is directed to show cause, on or before Thursday, July 20, 2006, at 1:00 p.m. to this Court, why he should not be held in civil contempt. ✱

2. Joshua Wolf is hereby placed on notice that, should he fail to meet his burden of demonstrating why he is unable to comply with the grand jury subpoena and order to comply with the grand jury subpoena previously issued in this case, the Court will hold Joshua Wolf in civil contempt for the duration of Grand Jury 06-1's term of service, including extensions, for a

[~~PROPOSED~~] ORDER DIRECTING WITNESS
TO SHOW CAUSE RE CONTEMPT
Case No. CR 06-90064 WHA                               1

✱ If the witness objects to the timing of the hearing, he must file notice of such, along with any supporting argument, by Noon, July 12, 2006

1  period not to exceed 18 months.

3  IT IS SO ORDERED.

5  DATED: 7/10/06

_____
HON. WILLIAM H. ALSUP
United States District Court Judge