IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GRAND JURY SUBPOENA DATED FEBRUARY 1, 2006, JOSHUA WOLF,<br><br>Subpoenaed Party.<br>_____/ | No. CR 06-90064 WHA<br><br>**ORDER RE BRIEFING ON ORDER TO SHOW CAUSE** |

The answer brief and supporting documents responsive to the Order to Show Cause and the government's Request for the Order to Show Cause are Due at **NOON, MONDAY, JULY 17, 2006**. This date is subject to change, however, if the Court changes the corresponding hearing date.

**IT IS SO ORDERED.**

Dated: July 10, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE