IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GRAND JURY SUBPOENA dated February 1, 2006, Joshua Wolf, Subpoenaed Party.  _____ / | No. CR 06-90064 WHA<br><br>**ORDER RE WITNESS'S OBJECTIONS TO TIMING OF HEARING ON ORDER TO SHOW CAUSE** |

The objections made by witness Joshua Wolf in his July 12, 2006, filing will be considered at 1 p.m., July 20, 2006. If the objections are sustained, the hearing on the order to show cause may be continued. If the objections are overruled, the Court immediately will consider the merits of holding the witness in civil contempt. The briefing schedule remains unchanged.

**IT IS SO ORDERED.**

Dated: July 13, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE