IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GRAND JURY SUBPOENA, Dated February 1, 2006, Joshua Wolf, Subpoenaed Party._____/ | No. CR 06-90064 MISC WHA<br><br>**ORDER RE SUBPOENAED PARTY'S OBJECTIONS TO PROTECTIVE ORDER** |

    Subpoenaed party Joshua Wolf objects to the order of July 5, 2006, that restricts his lawyers' ability to reveal the contents of the grand-jury transcript of June 15, 2006, and to distribute that transcript. The witness wants the transcript made public and a copy for himself (Objection 3).

    The witness states colorable arguments for public disclosure of the transcript. The government is **ORDERED** to file, by **NOON, JULY 19, 2006,** a memorandum of points and authorities of five pages or less supporting its request for the protective order.

    **IT IS SO ORDERED.**

Dated: July 17, 2006

                                                 WILLIAM ALSUP
                                                 UNITED STATES DISTRICT JUDGE