IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GRAND JURY SUBPOENA Dated June 8, 2006, Joshua Wolf,<br><br>　　　　　Subpoenaed Party.<br>_____/ | No. CR 06-90064 MISC WHA<br><br>**ORDER RE AMICUS BRIEF** |

The ACLU brief will be filed and considered but only to the extent the arguments reasonably coincide with those made by Mr. Wolf. The government is now given until **MONDAY, JULY 31, 2006, AT NOON** to reply. The ACLU will not be allowed to appear at the hearing.

**IT IS SO ORDERED.**

Dated: July 28, 2006

　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE