IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE GRAND JURY SUBPOENA Dated June 8, 2006, Joshua Wolf,

    Subpoenaed Party.

                                        /

No. CR 06-90064 MISC WHA

**ORDER RE REPORTERS COMMITTEE AMICUS BRIEF**

    The letter brief submitted on behalf of the Reporters Committee for Freedom of the Press will not be considered by the Court because it was submitted too late to give the government adequate time to respond. The brief was received in the afternoon of Friday, July 28, 2006. The hearing on this matter is at 9 a.m., Tuesday, August 1, 2006. Counsel for the Reporters Committee will not be allowed to appear at the hearing.

    **IT IS SO ORDERED.**

Dated: July 31, 2006

                                        WILLIAM ALSUP
                                        UNITED STATES DISTRICT JUDGE