IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GRAND JURY SUBPOENA Dated June 8, 2006, Joshua Wolf,       Subpoenaed Party.                          / | No. CR 06-90064 WHA  **REQUEST FOR RESPONSE** |

The government must file a response to Mr. Wolf's motion for release from confinement and other requests by **NOON** on **JANUARY 29, 2007.**

**IT IS SO ORDERED.**

Dated: January 23, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE