**United States District Court**
For the Northern District of California

1
2
3
4
5              UNITED STATES DISTRICT COURT
6             NORTHERN DISTRICT OF CALIFORNIA
7
8    IN RE GRAND JURY SUBPOENA DATED          No. CR-06-90064 WHA (JCS)
     JUNE 8, 2006, JOSHUA WOLF,
9                                             **NOTICE OF SETTLEMENT**
                                              **CONFERENCE AND SETTLEMENT**
10   _____/     **CONFERENCE ORDER**
11
12   TO ALL PARTIES AND COUNSEL OF RECORD:
13          The above matter was referred to Magistrate Judge Joseph C. Spero for settlement purposes.
14          You are hereby notified that a Settlement Conference is scheduled for **March 8, 2007, at**
15   **11:00 a.m.**, in Courtroom A, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco,
16   California 94102.  Pursuant to Criminal Local Rule 11-1(c), Defendant shall not attend the
17   Settlement Conference, but shall be present in the building for consultation with his attorney.
18          **Each party shall prepare a Confidential Settlement Conference Statement, which must**
19   **be lodged with the undersigned's chambers no later than 4:00 p.m. on March 1, 2007.**  (Please
20   3-hole-punch the document at the left side.  If faxing the document, please fax it to (415) 522-3636.)
21   The statement should **NOT** be filed with the Clerk of the Court, nor served on opposing counsel.
22          IT IS SO ORDERED.
23
24   Dated: February 16, 2007
25                                            _____
26                                            JOSEPH C. SPERO
                                              United States Magistrate Judge
27
28