IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GRAND JURY SUBPOENA Dated June 8, 2006, Joshua Wolf,<br><br>        Subpoenaed Party.<br>                                                            / | No. CR 06-90064 WHA<br><br>**ORDER DESIGNATING CASE FOR ELECTRONIC CASE FILING** |

    This case is hereby **DESIGNATED FOR INCLUSION IN THE ELECTRONIC CASE FILING PROGRAM** pursuant to General Order No. 45 of the U.S. District Court for the Northern District of California.

    Electronic case filing (ECF), also called e-filing, provides quicker communication of time-sensitive documents among parties, the Court and the Clerk. It also provides wider and easier access to important public documents.

    The Court requires parties designated for inclusion in the e-filing system to abide by Federal Rule of Civil Procedure 5(e), Order No. 45 and Civil Local Rules 5-4 and 5-5(b). The General Orders, Local Rules and comprehensive information about the e-filing system are at ecf.cand.uscourts.gov. Requests for a printed copy of Order No. 45 should be addressed to: Guidelines for Electronic Case Filing, Clerk, U.S. District Court, 450 Golden Gate Ave., San Francisco, CA 94102. Please enclose a stamped, self-addressed envelope bearing first-class postage.

    Among the important provisions of these rules is that "[e]ach attorney of record is obligated to become an ECF User and be assigned a user ID and password for access to the system upon notification that the action is subject to ECF," Gen. Order No. 45, § IV.A., and that

1  "parties are   required to lodge for chambers no later than noon on the business day following
2  the day that the papers are filed electronically, one paper copy of each document that is filed
3  electronically," *id.* § VI.G.  Chambers copies must be delivered to the Clerk's Office.  *Ibid.*
4  Please review the rules and Order No. 45 in their entirety.  Your full compliance is required and
5  expected.
6       If you believe that you should be exempted from e-filing, please make an administrative
7  motion to be excluded.  *See* Civil L.R. 7-11.

9  **IT IS SO ORDERED.**

11 Dated:  February 21, 2007

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE