UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE GRAND JURY SUBPOENA DATED JUNE 8, 2006, JOSHUA WOLF,

_____/

No. CR-06-90064 WHA (JCS)

**ORDER RE CONFIDENTIALITY AND SETTLEMENT CONFERENCES**

TO ALL PARTIES AND COUNSEL OF RECORD:

For good cause appearing, IT IS HEREBY ORDERED that all parties and their attorneys of record are hereby ORDERED to keep confidential any and all communications made during the settlement conferences in this matter. This confidential information may not be disclosed to the trial judge or to anyone other than the parties of record and their counsel of record. In addition, the United States may disclose the contents of the communications made at the settlement conferences to law enforcement personnel only to the extent necessary to obtain information for any future settlement conferences.

IT IS SO ORDERED.

Dated: March 9, 2007

_____
JOSEPH C. SPERO
United States Magistrate Judge